```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16739
    LEMUEL S BROWN
    DONELLIA R SUMLER                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9579    SSN XXX-XX-3223
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/14/07 .

2. The case was dismissed without confirmation, 12/07/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| A ALLIANCE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CCB INCORPORATED | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE SANITARY DIS | UNSECURED | NOT FILED | .00 | .00 |
| OMNI CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PENN STATE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |

```
TRIBUTE                    UNSECURED      NOT FILED               .00          .00
TRUSTMARK RECOVERY SRV     UNSECURED      NOT FILED               .00          .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED               .00          .00
UNITED AUTO CREDIT CORP    UNSECURED      NOT FILED               .00          .00
WILMETTE REALTY MGMT COM   UNSECURED      NOT FILED               .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00         .00          .00
PRINCIPAL PAID           .00         .00          .00         .00          .00
INTEREST PAID            .00         .00          .00         .00          .00
TOTAL PAID               .00         .00          .00         .00          .00
The Debtor's attorney, TIMOTHY K LIOU                , was allowed $       .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/08                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 16739 LEMUEL S BROWN & DONELLIA R SUMLER